UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2013 MAR 20 PM 1:20

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GUILLERMO LIMON-PEREZ,

    Defendant.

CASE NO. 13CR0795-IEG

BY M

**JUDGMENT OF DISMISSAL**

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

21: 952 and 960

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 15, 2013

William V. Gallo
U.S. Magistrate Judge